# EXHIBIT A

# (CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS FILED UNDER SEAL)